## In re UNITED LAST CO.
### Misc. Civ. No. 7327.

District Court, D. Massachusetts.
Oct. 22, 1947.

## In re FRED W. MEARS HEEL CO., Inc.
### Misc. Civ. No. 7328.

District Court, D. Massachusetts.
Oct. 22, 1947.

John L. Hall, Claude R. Branch, Charles P. Curtis, Jr., and John B. Reigeluth (all of Choate, Hall & Stewart), of Boston, Mass., for movant.

John F. Sonnett, Asst. Atty. Gen., Grant W. Kelleher, Sp. Asst. to Atty. Gen., and C. Worth Rowley, Jr., Alfred Karsted, and Edward M. Feeney, Sp. Attys., all of Boston, Mass., for the United States.

SWEENEY, District Judge.

This subpoena duces tecum addressed to the movant, United Last Company, calls for the production of certain papers passing between it and another named company, during the period from January 1, 1927, to January 1, 1933.

The motion to quash is granted for the reason that the period sought to be covered by the subpoena is well beyond what might be termed a reasonable and unoppressive period. See this Court's decision today in Re United Shoe Machinery Corporation, 7 F.Supp. 756.

John L. Hall, Claude R. Branch, Charles P. Curtis, Jr., and John B. Reigeluth (all of Choate, Hall & Stewart), of Boston, Mass., for movant.

John F. Sonnett, Asst. Atty. Gen., of Washington, D. C., Grant W. Kelleher, Sp. Asst. to Atty. Gen., and C. Worth Rowley, Jr., Alfred Karsted, and Edward M. Feeney, Sp. Attys., all of Boston, Mass., for the United States.

SWEENEY, District Judge.

The subpoena duces tecum in this case is to be modified so that the period of time covered will be from January 1, 1937, to January 1, 1942, which is the last date named in the subpoena. This modification will have the effect of limiting the various papers set forth in the subpoena to those referring to the acquisition of the stock of the Maple Wood Heel Company, and the subpoena is modified to that effect. See this Court's decision today in Re United Shoe Machinery Corporation, 7 F.Supp. 756.